UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN SETTE,

        Plaintiff,                  No. 13-cv-13266

vs.                                    Hon. Gerald E. Rosen

PROFESSIONAL FINANCE
COMPANY, INC.,

        Defendant.
_____/

<u>ORDER OF DISMISSAL</u>

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on June 02, 2014

PRESENT: Honorable Gerald E. Rosen
United States District Chief Judge

      On March 3, 2014, Defendant Professional Finance Company, Inc. filed with the Court and served upon Plaintiff a Motion to Dismiss and/or for Summary Judgment moving for dismissal of Plaintiff's Fair Debt Collection Practices Act Complaint in its entirety. Plaintiff failed to respond to the Motion. Therefore, on May 2, 2014, the court issued an "Order Requiring Response," directing Plaintiff Sean Sette to file a response on or before May 15, 2014. [*See* Dkt. # 14.] In that Order, the Court further ordered that "plaintiff's failure to comply with this order may result in dismissal of this matter."

      As of the date of this Order, Plaintiff has not filed a response. Therefore, pursuant

to the Court's May 2, 2014 Order,

IT IS HEREBY ORDERED that this case is DISMISSED, in its entirety, with prejudice.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: June 2, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 2, 2014, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135